UNITED STATES DISTRICT COURT  
COUNTY OF SOUTHERN DST NEW YORK

Attorney: THE LAW FIRM, LLP

ALAN TAVERAS

Plaintiff(s)

- against -

NEW YORK CITY, NEW YORK, ET AL.

Defendant(s)

Index No. 20 CIV. 1200

AFFIDAVIT OF SERVICE OF:

SUM., CMPLT, NOT. OF INITIAL CONFR., CIVIL COVER & RULES

STATE OF NEW YORK: COUNTY OF WESTCHESTER ss:

PEDRO J. RODRIGUEZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 03/13/20 at 1235 Hours at 100 CHURCH STREET NEW YORK, NY 10007 10007 deponent served the within SUM., CMPLT, NOT. OF INITIAL CONFR., CIVIL COVER & RULES on NEW YORK CITY, NEW YORK therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) (foreign) corporation by delivering thereat a true copy of each to BETTY MAZYCK personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of defendant

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☐ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | SALT/PEPPR | 55 | 5'7 | 200 |

**MILITARY SERVICE** ☐ Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 03/14/20

GERI L. FRAGETTE  
Notary Public, State of New York  
No. 01AL5047399  
Qualified in Westchester County  
Commission Expires July 31, 20 21

PEDRO J. RODRIGUEZ  
LICENSE No. 2024701

# 188602

Yorktown Heights, New York 10598 • 914-243-5817

STATE PROCESS SERVING COMPANY