Attorney: **THE ONTANGELI LAW FIRM, LLP**

UNITED STATES DISTRICT COURT
COUNTY OF SOUTHERN DST NEW YORK

ALAN TAVERAS

- against -

NEW YORK CITY, NEW YORK, ET AL.

Plaintiff(s)

Defendant(s)

Index No. **20 CIV. 1200**

AFFIDAVIT OF SERVICE OF:

SUM., CMPLT, NOT. OF INITIAL CONFR., CIVIL COVER & RULES

STATE OF NEW YORK: COUNTY OF WESTCHESTER ss:

**PEDRO J. RODRIGUEZ** BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 03/13/20 at 1133 Hours at 1 POLICE PLAZA ROOM 110-C NEW YORK, NY 10038 deponent served the within SUM., CMPLT, NOT. OF INITIAL CONFR., CIVIL COVER & RULES on JAMES O'NEILL, POLICE COMMISSIONER therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☐ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** ☒ by delivering thereat a true copy of each to MS. SAMPSON a person of suitable age and discretion. Said premises is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. ☒ (S) He identified (her) himself as AUTHORIZED AGENT of defendant

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☒ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant at 1 POLICE PLAZA ROOM 110-C NEW YORK, NY 10038 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. Mailed on 03/14/20 BY FIRST CLASS MAIL

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 45 | 5'7 | 200 |

**MILITARY SERVICE** ☒ Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant in this action.

\* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 03/14/20

GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2021

PEDRO J. RODRIGUEZ
LICENSE No. 2024701

# 188603

STATE PROCESS SERVING COMPANY • Yorktown Heights, New York 10598 • 914-243-5817