UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ALAN TAVERAS,

                                              Plaintiff,

-against-

NEW YORK CITY, New York, JAMES O'NEILL, in his official capacity as Police Commissioner, and all successors therein, JONATHAN DAVID, in his official capacity as Director, NYPD License Division, and ASIF IQBAL, in his official capacity as Executive Director, License Division Rifle/Shotgun Section,

                                             Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

20 CV 01200

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Kerri A. Devine, appears as counsel for the Defendants in this action and requests to receive notice of all docket events via the Electronic Case Filing system.  I certify that I am admitted to practice before this Court.

Dated:      New York, New York
              March 24, 2020

                                              JAMES E. JOHNSON
                                              Corporation Counsel of the
                                                  City of New York
                                              Attorney for Defendants
                                              100 Church St., Rm. 5-164
                                              New York, New York  10007
                                              Email: kdevine@law.nyc.gov
                                              Tel: (212) 356-2214
                                              Cell: (646) 629-3118
                                              Fax: (212) 356-2019

                                              By:    _____/s/_____
                                                          Kerri A. Devine
                                                          Assistant Corporation Counsel