


**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KERRI A. DEVINE**
phone: (212)356-2214
cell: (646)629-3118
fax: (212)356-2019
email: kdevine@law.nyc.gov

March 30, 2020

**By ECF**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Centre Street
New York, New York 10007

      Re:  <u>Taveras v. City of New York</u>, 20 CV 1200

Your Honor:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants New York City, James O'Neill, in his official capacity as Police Commissioner of the City of New York[1], Jonathan David, as Director of the New York City Police Department's ("NYPD") License Division, and Asif Iqbal, as Executive Director of the NYPD's License Division's rifle/shotgun section, in the above-referenced matter.

      I am writing to request a 30-day extension of defendants' deadline to respond to the Complaint from April 3, 2020 to May 4, 2020. This is the first request for such an extension which is being made to allow for sufficient time to review the file and discuss the matter with appropriate NYPD personnel. Plaintiff's attorney consents to this request.

      Additionally, should the Court grant the extension, defendants propose adjourning the initial pretrial conference, currently scheduled for May 6, 2020 at 10:00 a.m., to June 10, 2020, if convenient for the Court.

---

[1] James O'Neill resigned as New York City Police Commissioner in November 2019. The current Police Commissioner is Dermot Shea.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Kerri A. Devine
Assistant Corporation Counsel

cc: **By ECF**
Amy L. Bellantoni, Esq.

```
Application GRANTED.  Defendants time to answer or otherwise
respond to the complaint in this action is hereby EXTENDED to May
4, 2020.  Further, the initial pretrial conference, previously
scheduled for May 6, 2020, is hereby ADJOURNED to June 12, 2020, at
4:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40
Foley Square, New York, NY.


Dated: March 30, 2020                SO ORDERED.
       New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE