UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN TAVERAS,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>NEW YORK CITY, NEW YORK, JONATHAN DAVID, *in his official capacity as Director, NYPD License Division*, ASIF IQBAL, *in his official capacity as Executive Director, License Division Rifle/Shotgun Section*, and DERMOT SHEA, *in his official capacity as Police Commissioner, and all successors therein*,<br><br>                    Defendants. | 20 Civ. 1200 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, United States District Judge:

On March 30, 2020, the Court ordered the parties to appear for an initial pretrial conference in this action on June 12, 2020. (Dkt. #12). Then, on May 8, 2020, the Court set a briefing schedule for Defendants' motion to dismiss the complaint. (Dkt. #16). Accordingly, the initial pretrial conference previously scheduled for June 12, 2020 is hereby ADJOURNED.

        SO ORDERED.

Dated:   June 2, 2020
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge