UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ALAN TAVERAS,

                                      Plaintiff,    **NOTICE OF**
                                                        **MOTION TO DISMISS**

    -against-

                                                                    20 CV 01200 (KPF)

NEW YORK CITY, New York, DERMOT SHEA, in his
official capacity as Police Commissioner, and all
successors therein, JONATHAN DAVID, in his official
capacity as Director, NYPD License Division, and ASIF
IQBAL, in his official capacity as Executive Director,
License Division Rifle/Shotgun Section,

                                                           Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon the Amended Complaint (ECF Dkt. 13), defendants New York City ("City"), Dermot Shea, in his official capacity as Police Commissioner, and all successors therein, Jonathan David, in his official capacity as Director, NYPD License Division, and Asif Iqbal, License Division Executive Officer[1], will move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse located at 40 Foley Square, New York, New York, for an order,

---

[1] Asif Iqbal's title is incorrectly described in the caption as Executive Director of the License Division Rifle/Shotgun Section.

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint and for such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         July 22, 2020

                                      JAMES E. JOHNSON
                                      Corporation Counsel
                                          of the City of New York
                                      *Attorney for Defendants*
                                      100 Church Street
                                      New York, New York 10007
                                      Office: (212) 356-2214
                                      Cell: (646) 629-3118

                                    By: _____*Kerri A. Devine*/s/_____
                                         Kerri A. Devine
                                         Assistant Corporation Counsel

To:   Amy L. Bellantoni, Esq. (via email)
      The Bellantoni Law Firm, LLP
      2 Overhill Road
      Suite 400
      Scarsdale, NY 10583
      914-367-0090
      Fax: 888-763-9761
      Email: abell@bellantoni-law.com