UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN TAVERAS,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>NEW YORK CITY, NEW YORK, JONATHAN DAVID, *in his official capacity as Director, NYPD License Division*, ASIF IQBAL, *in his official capacity as Executive Director, License Division Rifle/Shotgun Section*, and DERMOT SHEA, *in his official capacity as Police Commissioner, and all successors therein*,<br><br>                              Defendants. | 20 Civ. 1200 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 19, 2021, the Court granted Defendants' motion to dismiss the First Amended Complaint. (Dkt. #24). Following the United States Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n* v. *Bruen*, 142 S.Ct. 2111 (2022), the Second Circuit vacated the Court's judgment and remanded the case for the Court to reconsider Plaintiff's claim under the standard articulated in *Bruen*. (Dkt. #27). The mandate was issued on August 2, 2022. (Dkt. #28). Accordingly, the parties are hereby ORDERED to submit a joint letter proposing the next steps in this case on or before **August 24, 2022**.

SO ORDERED.

Dated:  August 3, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge