

August 25, 2022

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



      Re:    Taveras v. New York City, et al.
                 20 Civ. 01200 (KPF)

Your Honor,

    I represent the plaintiff, Alan Taveras, in the above-referenced matter. I write on behalf of all parties to respectfully request an extension of time to provide the Court with an update on the parties' intended path forward, and to apologize for the lateness of our response, which was due yesterday.

    Should the Court grant the instant request, the parties will file a joint status letter on or before August 31, 2022.

    Thank you for the Court's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: Kerri Devine

Application GRANTED.

Dated: August 26, 2022        SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE