

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **KERRI A. DEVINE** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | phone: (212)356-2214<br>cell: (646)629-3118<br>fax: (212)356-2019<br>email: kdevine@law.nyc.gov |

October 12, 2022

**By ECF**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
40 Centre Street
New York, New York 10007

   Re: <u>Taveras v. City of New York</u>, 20 CV 1200

Your Honor:

   I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants New York City, and Keechant Sewell, in her official capacity as Police Commissioner of the City of New York, in the above-referenced matter.

   I am writing to request a 30-day extension of defendants' time to serve and file a response to the Second Amended Complaint which is currently due October 14, 2022. <u>See</u> Docket No. 33. This is the first request for such an extension which is being made due to the convergence of other deadlines and scheduled time off. Plaintiff's attorney consents to defendants serving their response to the Second Amended Complaint on or before November 15, 2022.

   Thank you for your consideration in this matter.

                  Respectfully submitted,

                  *Kerri A. Devine* /s/

                  Kerri A. Devine
                  Assistant Corporation Counsel

cc: **By ECF**
   Amy L. Bellantoni, Esq.