UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ALAN TAVERAS,

                                       Plaintiff,    **NOTICE OF**
                                                          **MOTION TO DISMISS**

       -against-
                                                           20 CV 01200 (KPF)

NEW YORK CITY, New York, and KEECHANT
SEWELL, in her official capacity as NYPD Police
Commissioner, and all successors,

                                           Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon the Second Amended Complaint (ECF Dkt. 13), defendants New York City ("City"), and Keechant Sewell, in her official capacity as NYPD Police Commissioner, and all successors therein, will move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse located at 40 Foley Square, New York, New York, for an order,

pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint in whole or in part and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        November 15, 2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
  of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
Office: (212) 356-2214

By: _____*Kerri A. Devine*/s/_____
     Kerri A. Devine
     Assistant Corporation Counsel

To:  Amy L. Bellantoni, Esq. (via ECF)
     The Bellantoni Law Firm, LLP
     2 Overhill Road
     Suite 400
     Scarsdale, NY 10583
     914-367-0090
     Fax: 888-763-9761
     Email: abell@bellantoni-law.com