UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN TAVERAS,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>NEW YORK CITY, NEW YORK; JONATHAN DAVID, *in his official capacity as Director, NYPD License Division*; ASIF IQBAL, *in his official capacity as Executive Director, License Division Rifle/Shotgun Section*; DERMOT SHEA, *in his official capacity as Police Commissioner, and all successors therein*; and KEECHANT SEWELL, *in her official capacity as NYPD police commissioner and all successors*<br><br>                    Defendants. | 20 Civ. 1200 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 1, 2022, the Court ordered by endorsement the parties' proposed deadlines for Plaintiff to file a Second Amended Complaint and for Defendants to file "an Answer or a pre-motion letter." (Dkt. #33). The Court subsequently granted Defendants' request for a 30-day extension of their time to answer. (Dkt. #37).

Instead of filing an Answer or pre-motion letter, Defendants filed a motion to dismiss and accompanying papers. (Dkt. #38-40). These submissions violate the Court's September 1, 2022 Order (Dkt. #33), as well as Rule 4(A) of the Court's Individual Rules of Practice in Civil Cases. The Court accepts the submissions, but expects that the parties will review the Court's Individual Rules and will take care to comply with them going forward.

The parties shall adhere to the following briefing schedule:

- Plaintiff's opposition to Defendant's motion to dismiss shall be filed on or before **December 21, 2022**.

- Defendants' reply shall be filed on or before **January 4, 2023**.

SO ORDERED.

Dated: November 16, 2022
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge