



**BELLANTONI**
LAW FIRM

December 20, 2022

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Taveras v. New York City, et al.</u>
              20 Civ. 01200 (KPF)

Your Honor,

      I represent the plaintiff, Alan Taveras, in the above-referenced matter.

      I write to respectfully request an extension of time to respond to Defendants' motion to dismiss, which is due tomorrow. Defendants consent to this request. The reason for the request is that I am out of the office sick (either the flu or covid).

      Should the Court grant the instant request, Plaintiff will file his response on Friday, January 13, 2023. The reason for this date is that I have another motion due on Friday, January 6, 2023.

      Thank you for the Court's consideration.

Sincerely,

/s
Amy L. Bellantoni

cc:  Kerri Devine

Application GRANTED.  The Court is sorry to hear of counsel's illness and wishes her a swift recovery.  Plaintiff shall file his respond to Defendants motion to dismiss on or before **January 13, 2023**.  Defendants' shall file their opposition on or before **January 27, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 42.

Dated:      December 20, 2022          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE