**EXHIBIT 1**

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                           CERTIFICATE OF DISPOSITION
                                              NUMBER:  132688
THE PEOPLE OF THE STATE OF NEW YORK
                VS
                                           _____
TAVERAS, ALAN                              Date of Birth
Defendant

85-104 66TH AVE.                           _____
Address                                    NYSID Number

REGO PARK              NY    11374            08/11/2011
City                   State   Zip         Date of Arrest/Issue

Docket Number: 2011QN043968                Summons No:

_____
Arraignment Charges


Case Disposition Information:

  Date           Court Action              Judge              Part
11/14/2011   DISMISSED AND SEALED       YAVINSKY, M           AP2
```

**SEALED**

pursuant to Section 160.50 of the CPL

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

BLAIR, L                                   07/28/2014
COURT OFFICIAL SIGNATURE AND SEAL          DATE         FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)