UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALAN TAVERAS,

                Plaintiff,                Case No.: 20 Civ. 1200 (KPF)

    -against-

                                                **DECLARATION OF**
                                                **AMY L. BELLANTONI**

NEW YORK CITY, New York,
KEECHANT SEWELL, in her Official
Capacity as NYPD Police Commissioner,

                Defendants.
-------------------------------------------------------x

      AMY L. BELLANTONI, an attorney duly admitted to practice before the federal district courts of the Southern District of New York pursuant to 28 U.S.C. § 1746:

      1.      I am the principal of The Bellantoni Law Firm, PLLC, attorneys for the plaintiff, Alan Taveras, in the above-captioned matter. I submit this Declaration in support of Plaintiff's Cross Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss.

      2.      Attached as Exhibit 1 is a true and accurate copy of Smith, Mark W., "Not all History is Created Equal: In the Post-Bruen World, the Critical Period for Historical Analogues is when the Second Amendment was Ratified in 1791, and not 1868."

Dated: January 13, 2023
       Scarsdale, New York

                                            THE BELLANTONI LAW FIRM, PLLC
                                            *Attorneys for Plaintiff, Alan Taveras*

                                            _____/s/_____
                                            Amy L. Bellantoni (AB3061)
                                            2 Overhill Road, Suite 400
                                            Scarsdale, New York 10583
                                            abell@bellantoni-law.com