UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALAN TAVERAS,

                                              Plaintiff,

      -against-

NEW YORK CITY, New York, and
KEECHANT SEWELL, in her official capacity
as NYPD Police Commissioner, and all
successors,

                                              Defendant.
------------------------------------------------------------------X

**DECLARATION OF NICOLE BERKOVICH**

20-cv-1200 (KPF)

       **NICOLE BERKOVICH**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1. I am the Director of the License Division of the New York City Police Department ("NYPD"). As such, I am familiar with the facts stated below and submit this declaration to set forth relevant facts in further support of defendants' motion to dismiss the Second Amended Complaint ("SAC").

       2. The issuance of rifle/shotgun license is reflected in NYPD's ARMS computer system. The ARMS computer system reflected as early as November 9, 2022 that a rifle/shotgun license was activated and issued to petitioner on October 25, 2022. See printout of NYPD's ARMs system attached hereto as Exhibit A. While in the ordinary course of business rifle/shotgun permits are typically printed and mailed shortly after issuance, due to a technical error, petitioner's license was not printed and mailed when it was issued and activated on October 25, 2022.

- 2 -

3. On November 9, 2022, I informed Assistant Corporation Counsel Kerri Devine that a rifle/shotgun permit had been issued to plaintiff.

4. Petitioner's rifle/shogun permit has now been printed, a copy of which is attached hereto as Exhibit B. On January 26, 2023, I personally mailed petitioner's rifle/shotgun license to him at the address he provided on his rifle/shotgun license application.

Dated:   New York, New York
         January 26, 2023

*[signature: Nicole Berkovich]*

Nicole Berkovich, Esq.