# EXHIBIT A

Page 1 of 1

**CONTACT : *CONTACT**

# TAVERAS, ALAN

Owner*   FINN, LISA

## Summary

**Latest Confidentiality Request**

| | |
|---|---|
| Request Confidentialit | -- |
| Review Status | -- |
| Review Comments | -- |

| Full Name | TAVERAS, ALAN |
|---|---|
| Middle Initial | -- |
| Maiden/Alias | -- |
| Portal Username | -- |

**PERSONAL**

| Date of Birth* | 9/24/1989 |
|---|---|
| Age | 34 |
| Height⁺ | 5'09" |

**APPLICATIONS**

| Application | Applicant | Renewal? | Type | Application Date | App |
|---|---|---|---|---|---|
| 2017002350 | TAVERAS, ALAN | No | PR | 12/1/2017 | Disapp |
| 2017900884 | TAVERAS, ALAN | No | RS | 12/1/2017 | Appro |

**LICENSES**

| License Number | First Name | Last Name | App Code... | Last Issue Date... | Expiration Dat... | License Status... |
|---|---|---|---|---|---|---|
| RS2022004846 | ALAN | TAVERAS | RS | 10/25/2022 | 9/24/2025 | Active |

| Created On | 1/13/2018 1:31 PM | Created By | FINN, LISA | Modified On | 3/29/2019 12:36 AM | Modified By | CRM-Setup-PRD, SERVICE |

**Active**