# EXHIBIT B

RIFLE/SHOTGUN SECTION
120-55 QUEENS BLVD B-11
KEW GARDENS, NY 11424

RETURN SERVICE REQUESTED



TAVERAS, ALAN

Bronx           NY           10461

RIFLE/SHOTGUN SECTION
120-55 QUEENS BLVD B-11
KEW GARDENS, NY 11424

RE:

1. In New York City, permit holder must have this permit in their possession at all times when in possession of a Rifle or Shotgun. Permit holder must also have in their possession the appropriate Certificate of Registration for that Rifle or Shotgun.

2. In New York City, permit holders are not authorized to purchase, acquire, sell, transfer or otherwise dispose of any Rifle or Shotgun from or to gun dealers or individuals without displaying a valid RIFLE & SHOTGUN PERMIT.

3. Notify NYPD RIFLE & SHOTGUN of any change in address within (10) days AT:
   NYPD RIFLE & SHOTGUN
   120-55 Queens Blvd. RM S-11, Kew Gardens, NY 11424
   Phone Number: 718-520-9300

4. If Permit is lost or stolen, report loss immediately to Police Precinct & notify NYPD RIFLE & SHOTGUN in writing within five (5) days.

5. This Permit is subject to revocation by NYPD RIFLE & SHOTGUN.

TAVERAS, ALAN

1256 Edison Avenue

Bronx                    NY           10461

**DISPOSITION REPORT - REGISTRATION CERTIFICATE**
PD 641-121 (Rev. 5-01)-Pent

**RIFLE/SHOTGUN SECTION**
120-55 QUEENS BLVD. B-11
KEW GARDENS, N.Y. 11424

COMPLETE WHENEVER POSSESSION OF A **RIFLE OR SHOTGUN** IS TRANSFERRED BY SALE OR OTHERWISE

| SERIAL NO. | MAKE/MANUFACTURER | | CAL./ GAUGE | TYPE OF GUN | MODEL | |
|---|---|---|---|---|---|---|
| SELLER'S LAST NAME | FIRST NAME | M.I. | BUYER'S LAST NAME | | FIRST NAME | M.I. |
| ADDRESS | (NUMBER AND STREET) | | ADDRESS | | (NUMBER AND STREET) | |
| CITY OR POST OFFICE | STATE | ZIP CODE | CITY OR POST OFFICE | | STATE | ZIP CODE |
| SOCIAL SECURITY NO. | PERMIT NO./AUTHORIZATION NO. | | SOCIAL SECURITY NO. | | PERMIT NO./AUTHORIZATION NO. | |
| SELLER'S SIGNATURE | | DATE OF SALE | | BUYER'S SIGNATURE | | |

**INSTRUCTION:** Print with ball point pen or type all entries, except where signatures are required. The buyer and seller shall retain one copy of the complete form and the other two (2) copies shall be forwarded to the Rifle/Shotgun Section, as described below. A receipted copy of this form will then be returned to the buyer, if the buyer is a permit holder, if not the receipted copy will be returned to the seller.

**DISTRIBUTION:** GREEN - (2) copies to the Rifle/Shotgun Section, 120-55 Queens Blvd. N.Y. 11424 B-11
WHITE - Copy to Buyer   PINK - Copy to Seller

---

**DISPOSITION REPORT - REGISTRATION CERTIFICATE**
PD 641-121 (Rev. 5-01)-Pent

**RIFLE/SHOTGUN SECTION**
120-55 QUEENS BLVD. B-11
KEW GARDENS, N.Y. 11424

COMPLETE WHENEVER POSSESSION OF A **RIFLE OR SHOTGUN** IS TRANSFERRED BY SALE OR OTHERWISE

| SERIAL NO. | MAKE/MANUFACTURER | | CAL./ GAUGE | TYPE OF GUN | MODEL | |
|---|---|---|---|---|---|---|
| SELLER'S LAST NAME | FIRST NAME | M.I. | BUYER'S LAST NAME | | FIRST NAME | M.I. |
| ADDRESS | (NUMBER AND STREET) | | ADDRESS | | (NUMBER AND STREET) | |
| CITY OR POST OFFICE | STATE | ZIP CODE | CITY OR POST OFFICE | | STATE | ZIP CODE |
| SOCIAL SECURITY NO. | PERMIT NO./AUTHORIZATION NO. | | SOCIAL SECURITY NO. | | PERMIT NO./AUTHORIZATION NO. | |
| SELLER'S SIGNATURE | | DATE OF SALE | | BUYER'S SIGNATURE | | |

**INSTRUCTION:** Print with ball point pen or type all entries, except where signatures are required. The buyer and seller shall retain one copy of the complete form and the other two (2) copies shall be forwarded to the Rifle/Shotgun Section, as described below. A receipted copy of this form will then be returned to the buyer, if the buyer is a permit holder, if not the receipted copy will be returned to the seller.

DISTRIBUTION:   GREEN - (2) copies to the Rifle/Sh...

**DISPOSITION REPORT - REGISTRATION CERTIFICATE**
PD 641-121 (Rev. 5-01)-Pent

**RIFLE/SHOTGUN SECTION**
120-55 QUEENS BLVD. B-11
KEW GARDENS, N.Y. 11424

COMPLETE WHENEVER POSSESSION OF A **RIFLE OR SHOTGUN** IS TRANSFERRED BY SALE OR OTHERWISE

| SERIAL NO. | MAKE/MANUFACTURER | CAL./ GAUGE | TYPE OF GUN | MODEL |
|---|---|---|---|---|
| | | | | |

| SELLER'S LAST NAME | FIRST NAME | M.I. | BUYER'S LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | (NUMBER AND STREET) | ADDRESS | (NUMBER AND STREET) |
|---|---|---|---|
| | | | |

| CITY OR POST OFFICE | STATE | ZIP CODE | CITY OR POST OFFICE | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | | | | |

| SOCIAL SECURITY NO. | PERMIT NO./AUTHORIZATION NO. | SOCIAL SECURITY NO. | PERMIT NO./AUTHORIZATION NO. |
|---|---|---|---|
| | | | |

| SELLER'S SIGNATURE | DATE OF SALE | BUYER'S SIGNATURE |
|---|---|---|
| | | |

**INSTRUCTION:** Print with ball point pen or type all entries, except where signatures are required. The buyer and seller shall retain one copy of the complete form and the other two (2) copies shall be forwarded to the Rifle/Shotgun Section. as described below. A receipted copy of this form will then be returned to the buyer, if the buyer is a permit holder, if not the receipted copy will be returned to the seller.

**DISTRIBUTION:** GREEN - (2) copies to the Rifle/Shotgun Section, 120-55 Queens Blvd. N.Y. 11424 B-11
WHITE - Copy to Buyer     PINK - Copy to Seller

# WARNING

NYS PENAL LAW SEC. 265.45

RESPONSIBLE FIREARM STORAGE IS THE LAW IN NEW YORK STATE. WHEN STORED IN A HOME FIREARMS, RIFLES OR SHOTGUNS MUST EITHER BE STORED WITH A GUN LOCKING DEVICE OR IN A SAFE STORAGE DEPOSITORY OR NOT BE LEFT OUTSIDE THE IMMEDIATE POSSESSION AND CONTROL OF THE OWNER OR OTHER LAWFUL POSSESSOR IF A CHILD UNDER THE AGE OF EIGHTEEN RESIDES IN THE HOME OR IS PRESENT, OR IF THE OWNER OR POSSESSOR RESIDES WITH A PERSON PROHIBITED FROM POSSESSING A FIREARM UNDER STATE OR FEDERAL LAW. FIREARMS SHOULD BE STORED BY REMOVING THE AMMUNITION FROM AND SECURELY LOCKING SUCH FIREARM IN A LOCATION SEPARATE FROM AMMUNITION. LEAVING FIREARMS ACCESSIBLE TO A CHILD OR OTHER PROHIBITED PERSON MAY SUBJECT YOU TO IMPRISONMENT, FINE, OR BOTH.

*******************************************************************************************

## REGISTRATION PROCESS

Mail in the two (2) Green Disposition/Registration Certificates with a copy of your bill of sale with either the NICS check number from the Dealer added to the bill of sale OR the NICS FFL transfer paperwork from the Dealer, along with a copy of you Permit and a stamped self-addressed envelope.

We DO NOT accept any CASH REGISTER RECEIPTS. Please be sure the following information is included on the bill of sale:

1. Make
2. Model
3. Serial number
4. The amount of rounds the firearm holds

IF BUYING FROM AN INDIVIDUAL → A NOTARIZED BILL OF SALE AND NICS CHECK MUST be attached.

The NYC Police Department will NOT REGISTER ANY FIREARM(S) THAT HOLD MORE THAN FIVE (5) ROUNDS.

***ONLY ONE (1) FIREARM CAN BE REGISTERED EVERY NINTY (90) DAYS FROM THE LAST DATE A FIREARM WAS REGISTERED.***