UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ALAN TAVERAS,

                                        Plaintiff,

    -against-

NEW YORK CITY, New York, and
KEECHANT SEWELL, in her official capacity
as NYPD Police Commissioner, and all
successors,

                                         Defendant.
---------------------------------------------------------------------------X

**DECLARATION OF KERRI A. DEVINE**

20-cv-1200 (KPF)

      **KERRI A. DEVINE**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.  I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants herein. As such, I am familiar with the facts stated below and submit this declaration in further support of defendants' motion to dismiss the Second Amended Complaint ("SAC").

      2.  On January 17, 2023 I sent an email to Amy Bellantoni, Esq., counsel for plaintiff herein, stating that I had confirmed that plaintiff's rifle/shotgun permit was issued on October 25, 2022 and inquiring what would be the best way to get it to plaintiff.

      3.  On January 24, 2024 I sent another email to Amy Bellantoni, Esq. asking her to please let me know if Mr. Taveras would prefer to pick up his rifle/shotgun license or have it mailed to him. I further stated that if I did not hear from her by the end of the day on January 25,

- 2 -

2023, NYPD will mail the license to plaintiff on January 26, 2023 at the address he provided on his application.

Dated:    New York, New York
          January 25, 2023

                                                    *Kerri A. Devine* /s/
                                                    Kerri A. Devine
                                                    Assistant Corporation Counsel