UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALAN TAVERAS,

                        Plaintiff,                      Case No.: 20 Civ. 1200 (AS)

    -against-

                                                **NOTICE OF MOTION**
                                                **FOR SUMMARY JUDGMENT**

NEW YORK CITY, New York,

                        Defendant.
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the Declaration of Alan Taveras dated August 17, 2023 with annexed exhibits, Declaration of Amy L. Bellantoni with annexed exhibit, Plaintiff's Statement of Undisputed Material Facts pursuant to Local Rule 56.1, Memorandum of Law in Support, and upon all prior pleadings and proceedings had herein, the plaintiff, Alan Taveras ("Plaintiff"), will move this Court before the Honorable Arun Subramanian at the Daniel Patrick Moynahan United States Courthouse located at 500 Pearl Street, New York, New York on October 20, 2023 for an Order of Judgment as a matter of law pursuant to Federal Rule 56 in favor of Plaintiff on his claims for violations of his rights as codified by the Second and Fourteenth Amendments to the United States Constitution, nominal damages, compensatory damages, reasonable statutory attorney's fees, costs and disbursements, and such further, different, and alternative relief as the Court deems just and proper.

Pursuant to this Court's Order, opposition papers are required to be served on or before September 29, 2023, and reply papers are required to be served on or before October 20, 2023.

Dated: August 18, 2023
      Scarsdale, New York

                                  THE BELLANTONI LAW FIRM, PLLC
                                  *Attorneys for Plaintiff*

                                  _____/s/_____
                                  Amy L. Bellantoni (AB3061)
                                  2 Overhill Road, Suite 400
                                  Scarsdale, New York 10583
                                  abell@bellantoni-law.com