**EXHIBIT   1**

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER:  132688

THE PEOPLE OF THE STATE OF NEW  YORK
VS

TAVERAS, ALAN
Defendant

Date of Birth

85-104 66TH AVE.
Address

NYSID Number

REGO PARK                    NY   11374
City              State   Zip

08/11/2011
Date of Arrest/Issue

Docket Number: 2011QN043968

Summons No:

120.00 240.26
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 11/14/2011 | DISMISSED AND SEALED | YAVINSKY, M | AP2 |

# SEALED

pursuant to Section 160.50 of the CPL

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

BLAIR, L
COURT OFFICIAL SIGNATURE AND SEAL

07/28/2014
DATE      FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)