UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
ALAN TAVERAS,

                              Plaintiff,                   Case No.: 20 Civ. 1200 (AS)

        -against-

                                         **DECLARATION OF**
                                         **AMY L. BELLANTONI**

NEW YORK CITY, New York,

                             Defendant.
-----------------------------------------------------x

       AMY L. BELLANTONI, an attorney duly admitted to practice before the federal district courts of the Southern District of New York declares pursuant to 28 U.S.C. § 1746:

       1.      I am the principal of The Bellantoni Law Firm, PLLC, attorneys for the plaintiff, Alan Taveras, in the above-captioned matter. I submit this Declaration in support of Plaintiff's Motion for Summary Judgment.

       2.      Attached as Exhibit 1 is a true and accurate copy of Smith, Mark W., "Not all History is Created Equal: In the Post-*Bruen* World, the Critical Period for Historical Analogues is when the Second Amendment was Ratified in 1791, and not 1868," October 1, 2022.

Dated: August 18, 2023
       Scarsdale, New York

                                THE BELLANTONI LAW FIRM, PLLC
                                *Attorneys for Plaintiff, Alan Taveras*

                              _____/s/_____
                                Amy L. Bellantoni (AB3061)
                                2 Overhill Road, Suite 400
                                Scarsdale, New York 10583
                                abell@bellantoni-law.com