

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**Kerri A. Devine, Senior Counsel**
Administrative Law and Regulatory Litigation Division
(212) 356-2214
kdevine@law.nyc.gov

September 26, 2023

**BY ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
New York, New York 10007

      Re:  <u>Taveras v. New York City</u>, 20 CV 01200 (AS)

Dear Judge Subramanian:

      I am an attorney in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and counsel for Defendant in the above-referenced action.  I write in accordance with section 3(E) of Your Honor's Individual Practices to request an extension of time for Defendant to cross-move for summary judgment and submit opposition to Plaintiff's motion for summary judgment.  Defendant's cross-motion and opposition papers are currently due on September 29, 2023.

      The extension is requested due to pending deadlines in other matters that I am handling as well as a trial in a matter I am handling that is now scheduled to start November 15, 2023, the day before Defendant's reply on its cross-motion in this action is currently due.  This is the first request for such an extension and Plaintiff's counsel kindly consents.  A three-week extension would result in the following briefing schedule:  Defendant's cross-motion for summary judgment and opposition to the plaintiff's motion for summary judgment would be due on October 20, 2023; Plaintiff's opposition to the cross-motion and reply in further support of his motion would be due on November 10, 2023; and Defendant's reply in further support of its cross-motion would be due December 7, 2023.

      Thank you for your consideration in this matter.

Defendant's motion is GRANTED. Defendant's cross-motion for summary judgment and opposition are due on October 20, 2023; Plaintiff's opposition and reply are due on November 10, 2023; and Defendant's reply is due December 7, 2023.

The Clerk of Court is directed to terminate the motion at ECF No. 73.

SO ORDERED.

*/s/ (signature)*
Arun Subramanian, U.S.D.J.
Date: September 26, 2023

Respectfully submitted,

/s/
Kerri A. Devine