

October 17, 2023

**VIA EMAIL**

Kerri A. Devine
Senior Counsel
New York City Law Department
100 Church Street
New York, New York 10007

    Re:  *Taveras v. New York City*
         20 Civ. 1200 (AS)

Dear Kerri,

    In response to the City's Rule 68 Offer of Judgment, please be advised that I am authorized by my client to accept the City's offer with the understanding that such acceptance does not preclude the plaintiff's application for attorney's fees, costs, and disbursements.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni