UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ALAN TAVERAS,

**DECLARATION OF
SERVICE**
20-cv-1200 (AS)

Plaintiff,

-against-

NEW YORK CITY, New York, and
KEECHANT SEWELL, in her official capacity
as NYPD Police Commissioner, and all
successors,

Defendant.
-----------------------------------------------------------------------------X

      **KERRI A. DEVINE**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants herein.

      On October 3, 2023, I served a Rule 68 Offer of Judgment upon Plaintiff by causing a copy of the same, enclosed in a properly addressed prepaid wrapper, to be deposited into the custody of the United Parcel Service (UPS) prior to the latest time designated by UPS for overnight delivery to the address set forth below, being the address designated by Plaintiff's attorney for that purpose, upon: Amy L. Bellantoni, Esq., 2 Overhill Road, Suite 400, Scarsdale, New York 10583

Dated:    New York, New York
          October 18, 2023

                        _____/S/_____
                        Kerri A. Devine
                        Assistant Corporation Counsel