UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALAN TAVERAS,

                Plaintiff,                20 Civ. 1200 (AS)

   -against-                   **AFFIRMATION OF SERVICE**

NEW YORK CITY, New York,

                Defendant.
-----------------------------------------------------------x

      Amy L. Bellantoni, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following pursuant to CPLR § 2106:

      I am over the age of eighteen years of age, I am not a party to this proceeding, and I reside in Westchester County, New York. On October 17, 2023, I served a true copy of the plaintiff's acceptance of the defendant's Rule 68 Offer of Judgment in the above-captioned matter by electronic mail on consent of the addressee(s) as indicated below:

To:    Kerri Devine, Esq.
       New York City Law Department
       kdevine@law.nyc.gov

The foregoing statement is made under the penalty of perjury.

Dated: Scarsdale, New York
       October 17, 2023

                                    By: *Amy L. Bellantoni*
                                        Amy L. Bellantoni, Esq.
                                        *Attorney for Alan Taveras*
                                        2 Overhill Road, Suite 400
                                        Scarsdale, New York 10583