UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALAN TAVERAS,                                                                    Case No. 20 Civ. 1200 (AS)

                      Plaintiff,

                                                                                                         **NOTICE OF MOTION**

      -against-

NEW YORK CITY, New York,

                      Defendant.
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that upon the Declaration of Amy L. Bellantoni dated November 20, 2023 with exhibits, and accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, Plaintiff will move this Court before the Honorable Arun Subramanian at the United States District Courthouse located at 500 Pearl Street, New York, New York 10007 on December 12, 2023 for an award of reasonable statutory attorney's fees, costs, and disbursements pursuant to 42 U.S.C. § 1988 and all other statutes and regulations so providing such relief, and for such other further and different relief as to this Court seems just and proper.

      Pursuant to Local Rule Civil 6.1(b), Defendant shall serve and file its response on or before December 4, 3023; Plaintiff shall serve and file his reply on or before December 11, 2023.

Dated: November 20, 2023
       Scarsdale, New York

                                              THE BELLANTONI LAW FIRM, PLLC
                                              *Attorneys for Plaintiff*

                                              _____/s/_____
                                              Amy L. Bellantoni (AB3061)
                                              2 Overhill Road, Suite 400
                                              Scarsdale, New York 10583
                                              (914) 367-0090 (t)
                                              abell@bellantoni-law.com

To: Kerri A. Devine (ECF)