**EXHIBIT 1**

## Select A Case

**Amy L Bellantoni is an attorney in 82 cases.**

| | | | |
|---|---|---|---|
| 1:03-cv-07735-LTS-KNF | Antonmarchi v. Con Edison | filed 10/01/03 | closed 03/19/12 |
| 1:08-cv-02156-LMS | Senno v. Elmsford Union Free School District et al | filed 03/04/08 | closed 01/17/12 |
| 1:08-cv-09005-LAP | Zherka v. City of New York, N.Y. et al | filed 10/21/08 | closed 11/09/10 |
| 1:09-cv-05266-LTS | Hill v. WLOP, LLC et al | filed 06/05/09 | closed 01/31/11 |
| 1:09-cv-07592-DC-PED | Eppolito v. DiLorenzo et al | filed 09/01/09 | closed 08/16/13 |
| 1:10-cv-01284-SAS | Weill v. New York City Department of Education et al | filed 02/17/10 | closed 11/15/10 |
| 1:10-cv-01287-DC-PED | Donohue v. DiLorenzo et al | filed 02/17/10 | closed 08/16/13 |
| 1:10-cv-02681-AJN | Fortunato v. Liebowitz et al | filed 03/25/10 | closed 01/11/13 |
| 1:11-cv-04306-ER | Brink v. Muscente et al | filed 06/24/11 | closed 05/16/14 |
| 1:12-cv-04469-CM-HBP | Logico Investments Ltd. et al v. Three Amigos SJL Rest. Inc. et al | filed 06/07/12 | closed 01/22/13 |
| 1:12-cv-08147-RJS | Khudan v. Superintendent William Lee et al. | filed 11/07/12 | closed 09/09/16 |
| 1:14-cv-10021-RA | Farkas v. Alessio et al | filed 12/19/14 | closed 09/28/15 |
| 1:19-cv-08004-PAE | Abekassis v. New York City, New York et al | filed 08/27/19 | closed 08/07/20 |
| 1:20-cv-01200-AS | Taveras v. New York City, New York et al | filed 02/11/20 | closed 10/19/23 |
| 1:21-cv-03569-LAK | Anderson v. Townsend et al | filed 04/22/21 | closed 09/14/21 |
| 1:21-cv-05454-KPF | E. H. v. New York et al | filed 06/22/21 | closed 01/31/22 |
| 1:22-cv-00003-JPC | Srour v. New York City, New York et al | filed 01/02/22 | |
| 1:23-cv-07460-PAC | Mills et al v. New York City, New York | filed 08/23/23 | |
| 1:23-cv-09489-UA | Srour v. New York City, New York et al | filed 10/29/23 | |
| 7:07-cv-04142-LMS | Sassone et al-v- Mahopac Central School District | filed 05/29/07 | closed 12/22/11 |
| 7:07-cv-06941-CS | Guevara v. Amicone et al | filed 08/02/07 | closed 10/15/10 |

| | | | |
|---|---|---|---|
| 7:07-cv-06946-CS | Smith et al v. Amicone et al | filed 08/02/07 | closed 09/29/10 |
| 7:07-cv-07080-CS | Ayala et al v. Amicone et al | filed 08/09/07 | closed 10/15/10 |
| 7:07-cv-07597-CS | Kllaapija et al v. Amicone et al | filed 08/27/07 | closed 10/15/10 |
| 7:07-cv-07600-CS | Gonzalez v. Amicone et al | filed 08/27/07 | closed 10/15/10 |
| 7:07-cv-07692-CS | Dzikovic et al v. Amicone et al | filed 08/29/07 | closed 10/15/10 |
| 7:07-cv-08780-WGY-LMS | Perez v. Town of Bedford et al | filed 10/11/07 | closed 12/15/10 |
| 7:07-cv-10534-LMS | Saenz v. Town / Village of Harrison et al | filed 11/21/07 | closed 02/10/11 |
| 7:08-cv-01506-CS | Blassberg v. Amicone et al | filed 02/13/08 | closed 10/15/10 |
| 7:08-cv-02388-CS | Gulitz v. DiBartolo et al | filed 03/10/08 | closed 10/29/10 |
| 7:08-cv-05760-PED | Agostino v. Simpson et al | filed 06/26/08 | closed 05/16/12 |
| 7:08-cv-06920-LMS | Florim v. Traynor et al | filed 08/05/08 | closed 07/14/11 |
| 7:08-cv-07578-LMS | Los Mangos, LLC v. Palmer et al | filed 08/27/08 | closed 01/21/11 |
| 7:08-cv-09056-FPS | Rasulo v. Hartnett et al | filed 10/22/08 | closed 11/17/11 |
| 7:08-cv-09647-CS | Zherka v. Robinson et al | filed 11/10/08 | closed 10/19/11 |
| 7:08-cv-10064-CS | The Guardian News, Inc. v. Idoni et al | filed 11/19/08 | closed 06/22/11 |
| 7:08-cv-10323-GAY | Anderson v. Darden et al | filed 11/26/08 | closed 05/31/11 |
| 7:08-cv-10498-CS | Stiehl v. Spano et al | filed 12/03/08 | closed 06/19/12 |
| 7:08-cv-10651-CS | Guadagnolo v. Flynn et al | filed 12/09/08 | closed 01/21/11 |
| 7:09-cv-01360-CS | Mulleady v. The Seed Day Care Center | filed 02/17/09 | closed 07/29/11 |
| 7:09-cv-03039-LMS | Gianguzzi v. Moroni et al | filed 03/30/09 | closed 03/22/11 |
| 7:09-cv-09466-GAY | Bobolakis et al v. Dipietrantonio | filed 11/13/09 | closed 07/11/12 |
| 7:09-cv-10565-PED | Agostino v. Simpson et al | filed 12/29/09 | closed 05/16/12 |
| 7:10-cv-00225-CS-PED | O'Neill v. DiLorenzo et al | filed 01/12/10 | closed 05/04/11 |
| 7:10-cv-06188-ER | Farkas et al v. St. John's Riverside Hospital | filed 08/17/10 | closed 04/09/13 |

| | | | |
|---|---|---|---|
| 7:10-cv-08914-JFM | Latella et al v. Sotolongo et al | filed 11/29/10 | closed 05/18/11 |
| 7:10-cv-08922-ER | Gallardo v. Egan et al | filed 11/29/10 | closed 12/19/12 |
| 7:10-cv-09555-KMK-LMS | Jackson v. Pascocello et al | filed 12/23/10 | closed 01/11/13 |
| 7:11-cv-02398-KMK | Chin L.C. , A. Minor , By His Father And Best Friend T.C., v. Rhonda et al | filed 04/08/11 | closed 04/28/11 |
| 7:11-cv-09487-KMK-LMS | Nesi v. Plesko et al | filed 12/23/11 | closed 01/11/13 |
| 7:12-cv-01996-ER | LaPierre et al v. DiBartolo et al | filed 03/19/12 | closed 02/21/13 |
| 7:12-cv-08079-LMS | Serrantes v. Fogarty et al | filed 11/07/12 | closed 01/27/16 |
| 7:13-cv-06002-CS | Hines v. LaGrange Fire District et al | filed 08/27/13 | closed 03/23/16 |
| 7:13-cv-06003-VB | Hettler v. Entergy Enterprises, Inc. et al | filed 08/27/13 | closed 03/29/16 |
| 7:13-cv-07518-VB | Travis v. Entergy Enterprises, Inc. et al | filed 10/25/13 | closed 03/10/14 |
| 7:14-cv-01776-VB | Diruzza v. The Village of Mamaroneck, New York et al | filed 03/14/14 | closed 02/24/16 |
| 7:14-cv-02658-NSR-PED | Evans v. Columbia University in the City of New York et al | filed 04/15/14 | closed 12/04/15 |
| 7:14-cv-09605-VB | Kosack v. Entergy Nuclear Operations, Inc. | filed 12/04/14 | closed 12/09/19 |
| 7:15-cv-01425-NSR | Insley v. Liberty Mutual Group, Inc. et al | filed 02/26/15 | closed 05/29/15 |
| 7:15-cv-01792-CS | Silver v. Entergy Nuclear Operations, Inc. et al | filed 03/11/15 | closed 11/17/17 |
| 7:15-cv-03227-VB | NIRA DWIVEDI, D.D.S. v. Refuah Health Center, Inc. et al | filed 04/24/15 | closed 10/05/15 |
| 7:15-cv-06987-NSR-PED | Kevin Murphy v Town of Ramapo, et al | filed 09/03/15 | closed 05/15/17 |
| 7:15-cv-08594-CS | Bovell v. City of Mount Vernon et al | filed 11/02/15 | closed 04/12/18 |
| 7:16-cv-03663-CS | Arjona v. Refuah Health Center, Inc. et al | filed 05/17/16 | closed 05/26/17 |
| 7:16-cv-04119-CS | Seemer v. Bailey et al | filed 06/02/16 | closed 02/08/17 |
| 7:16-cv-07207-CS | Flores v. Entergy Nuclear Operations, Inc. | filed 09/15/16 | closed 05/31/18 |
| 7:16-cv-08300-KMK | Lambert v. Susan Magrino Agency, Inc. et al | filed 10/24/16 | closed 10/24/17 |

| | | | |
|---|---|---|---|
| 7:17-cv-01213-CS | Gustin v. Entergy Nuclear Operations, Inc. et al | filed 02/16/17 | closed 09/28/18 |
| 7:17-cv-01867-KMK | Jablonka v. Gap, Inc. | filed 03/14/17 | closed 03/23/18 |
| 7:17-cv-02422-NSR-PED | Kukel v. Dutchess County et al | filed 04/04/17 | closed 12/20/17 |
| 7:17-cv-05238-CS | Gordon v. Entergy Nuclear Operations, Inc. | filed 07/11/17 | closed 09/28/18 |
| 7:17-cv-07516-VB | Bennett v. New York et al | filed 10/02/17 | closed 07/08/19 |
| 7:17-cv-08217-KMK-PED | Cocuzza v. Rockland County et al | filed 10/25/17 | closed 04/17/19 |
| 7:17-cv-08221-CS | Greico v. Entergy Nuclear Operations, Inc. | filed 10/25/17 | closed 09/28/18 |
| 7:18-cv-01202-CS | Annabi et al v. Group USA et al | filed 02/11/18 | closed 02/07/19 |
| 7:18-cv-01847-PMH-JCM | Barrer-Cohen v. Greenburgh Central School District et al | filed 02/28/18 | closed 02/17/21 |
| 7:18-cv-02682-NSR | Berkowitz v. Copart, Inc. et al | filed 03/26/18 | closed 06/26/19 |
| 7:19-cv-03514-VB | Bello et al v. Rockland County et al | filed 04/20/19 | closed 05/11/20 |
| 7:20-cv-04263-VB | Gibson v. Westchester Medical Center Health Care Corporation et al | filed 06/04/20 | closed 02/25/21 |
| 7:21-cv-05334-NSR | Frey et al v. Bruen et al | filed 06/16/21 | |
| 7:23-cv-03912-KMK | Grier v. Kim | filed 05/10/23 | |
| 7:23-cv-07427-PMH | Oliveira v. Cacace | filed 08/22/23 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/31/2023 11:14:20 | | | |
| PACER Login: | Amybellantoni | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Bellantoni First Name: Amy Middle Name: L Type: aty |
| Billable Pages: | 3 | Cost: | 0.30 |