**EXHIBIT 2**

## Select A Case

**Amy L. Bellantoni is an attorney in 10 cases.**

| | | | |
|---|---|---|---|
| 1:22-cv-07620-NRM-VMS | Garofalo v. City of New York et al | filed 12/15/22 | |
| 2:15-cv-01791-GRB | Torcivia v. Suffolk et al | filed 04/02/15 | closed 02/04/20 |
| 2:17-cv-03049-AMD-JO | Juzumas v. Nassau County et al | filed 05/21/17 | closed 05/01/23 |
| 2:17-cv-06061-JS-SIL | Milau v. Suffolk County et al | filed 10/17/17 | |
| 2:21-cv-03409-GRB-JMW | Does 1 - 10 v. Suffolk County, New York | filed 06/16/21 | closed 10/19/22 |
| 2:21-cv-03716-OEM-SIL | Wilson v. Suffolk County et al | filed 07/01/21 | |
| 2:22-cv-04629-GRB-JMW | LaMarco et al v. Suffolk County et al | filed 08/05/22 | |
| 2:22-cv-04778-GRB-ST | Giambalvo et al v. New York et al | filed 08/15/22 | |
| 2:23-cv-00906-NJC-AYS | Burnham v. New York | filed 02/06/23 | |
| 2:23-cv-01130-GRB-ARL | McGregor et al v. Suffolk County, New York et al | filed 02/10/23 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2023 11:27:32 | | | |
| **PACER Login:** | Amybellantoni | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Bellantoni First Name: Amy Middle Name: L Type: aty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |