# EXHIBIT 3

# Select A Case

**Amy L Bellantoni is an attorney in 6 cases.**

| | | |
|---|---|---|
| [1:22-cv-00282-MAD-CFH](#) | D.B. v. Sullivan, MD et al | filed 03/23/22 |
| [1:23-cv-00344-AMN-DJS](#) | Richey v. Sullivan et al | filed 03/17/23 |
| [1:23-cv-00658-DNH-CFH](#) | Kellogg et al v. Nichols | filed 06/02/23 |
| [1:23-cv-00795-MAD-CFH](#) | Mintz et al v. Nigrelli et al | filed 06/30/23 |
| [5:23-cv-00537-DNH-TWD](#) | Macor v. Campbell | filed 05/02/23   closed 07/24/23 |
| [5:23-cv-00539-GTS-ML](#) | Brenden v. Castro et al | filed 05/02/23 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2023 11:28:45 | | | |
| **PACER Login:** | Amybellantoni | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Bellantoni First Name: Amy Middle Name: L Type: aty |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |