**EXHIBIT 4**

## Case Selection Page

| Case Number<br>Title | Opening Date | Attorney | Last Docket Entry | Originating Case Number<br>Origin |
|---|---|---|---|---|
| 12-2932<br>Stiehl v. Spano | 07/24/2012 | Amy L. Bellantoni | 10/05/2012<br>08:52:04 | 0208-7 : 08-cv-10498<br>SDNY (WHITE PLAINS) |
| 12-3073<br>Bobolakis v. Dipietrantonio | 08/02/2012 | Amy L. Bellantoni | 05/22/2013<br>16:25:25 | 0208-7 : 09-cv-9466<br>SDNY (WHITE PLAINS) |
| 14-4216<br>Diruzza v. Village of Mamaroneck, New Yor | 11/05/2014 | Amy L. Bellantoni | 02/18/2015<br>09:04:53 | 0208-7 : 14-cv-1776<br>SDNY (WHITE PLAINS) |
| 16-858<br>Diruzza v. Village of Mamaroneck, New Yor | 03/22/2016 | Amy L. Bellantoni | 04/27/2017<br>09:54:53 | 0208-7 : 14-cv-1776<br>SDNY (WHITE PLAINS) |
| 18-1463<br>Bovell v. City of Mount Vernon | 05/11/2018 | Amy L. Bellantoni | 08/17/2018<br>14:49:23 | 0208-7 : 15-cv-8594<br>SDNY (WHITE PLAINS) |
| 19-1311<br>Torcivia v. Suffolk | 05/02/2019 | Amy L. Bellantoni | 05/21/2019<br>14:38:39 | 0207-2 : 15-cv-1791<br>EDNY (CENTRAL ISLIP) |
| 19-2431<br>Bennett v. New York | 08/06/2019 | Amy L. Bellantoni | 11/12/2020<br>11:37:59 | 0208-7 : 17-cv-7516<br>SDNY (WHITE PLAINS) |
| 19-4167<br>Torcivia v. Suffolk | 12/13/2019 | Amy L. Bellantoni | 11/15/2022<br>17:02:27 | 0207-2 : 15-cv-1791<br>EDNY (CENTRAL ISLIP) |
| 20-86<br>Juzumas v. Nassau County | 01/07/2020 | Amy L. Bellantoni | 06/02/2022<br>15:32:01 | 0207-2 : 17-cv-3049<br>EDNY (CENTRAL ISLIP) |
| 20-1879<br>Bello v. Rockland County | 06/16/2020 | Amy L. Bellantoni | 11/16/2021<br>11:01:34 | 0208-7 : 19-cv-3514<br>SDNY (WHITE PLAINS) |
| 20-3038<br>Abekassis v. New York City, New York | 09/08/2020 | Amy L. Bellantoni | 10/13/2021<br>10:43:19 | 0208-1 : 19-cv-8004<br>SDNY (NEW YORK CITY) |
| 21-398<br>Taveras v. New York City, New York | 02/18/2021 | Amy L. Bellantoni | 08/02/2022<br>09:12:10 | 0208-1 : 20-cv-1200<br>SDNY (NEW YORK CITY) |
| 21-1658<br>John Does 1-10 v. Suffolk County, New York | 07/07/2021 | Amy L. Bellantoni | 08/02/2022<br>09:17:25 | 0207-2 : 21-cv-3409<br>EDNY (CENTRAL ISLIP) |
| 23-208<br>Giambalvo v. New York | 02/16/2023 | Amy L. Bellantoni | 10/02/2023<br>10:58:25 | 0207-2 : 22-cv-4778<br>EDNY (CENTRAL ISLIP) |
| 23-365<br>Frey v. Bruen | 03/16/2023 | Amy L. Bellantoni | 10/16/2023<br>16:17:55 | 0208-7 : 21-cv-5334<br>SDNY (WHITE PLAINS) |
| 23-1297<br>McGregor v. Suffolk County, New York | 09/18/2023 | Amy L. Bellantoni | 10/10/2023<br>13:29:46 | 0207-2 : 23-cv-1130<br>EDNY (CENTRAL ISLIP) |

**Note:**

* Click on Case No. to get Case Summary
* Click on Short Title to get Case Query
* Click on Originating Case No. to get Case Summary for Originating Case

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/20/2023 12:45:54 | | | |
| **PACER Login:** | Amybellantoni | **Client Code:** | |
| **Description:** | Case Selection Table | **Search Criteria:** | Name: Bellantoni, Amy (aty) |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |