**EXHIBIT 5**

**Case Selection Page**

| Case Number Title | Opening Date | Party | Last Docket Entry | Originating Case Number Origin |
|---|---|---|---|---|
| 23-15016<br>Mark Baird, et al v. Rob Bonta | 01/05/2023 | Mark Baird | 11/15/2023 17:09:59 | 0972-2 : 2:19-cv-00617-KJM-AC<br>U.S. District Court for Eastern California, Sacramento |

**Note:**

* Click on Case No. to get Case Summary
* Click on Short Title to get Case Query
* Click on Originating Case No. to get Case Summary for Originating Case

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| U.S. Court of Appeals for the 9th Circuit - 11/20/2023 09:57:14 | | | |
| **PACER Login:** | Amybellantoni | **Client Code:** | |
| **Description:** | Case Selection Table | **Search Criteria:** | Name: baird, mark (pty), Filed: 01/01/2021 - 11/01/2023 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**2:19-cv-00617-KJM-AC** Baird et al v. Bonta
Kimberly J. Mueller, presiding
Allison Claire, referral
**Date filed:** 04/09/2019
**Date of last filing:** 11/17/2023

[Mobile Query](#)

**Query**

[Alias](#)
[Associated Cases](#)
[Attorney](#)
[Case File Location...](#)
[Case Summary](#)
[Deadlines/Hearings...](#)
[Docket Report ...](#)
[Filers](#)
[History/Documents...](#)
[Party](#)
[Related Transactions...](#)
[Status](#)
[View a Document](#)

## Selection Criteria for Query

| Name Criteria | Amy L Bellantoni (aty) |
|---|---|
| Name Matched | Amy L. Bellantoni PHV |