UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ALAN TAVERAS,                                          Case No. 20 Civ. 1200 (AS)

                          Plaintiff,

                                                       **DECLARATION OF**
            -against-                                  **AMY L. BELLANTONI**

NEW YORK CITY, New York,

                          Defendant.
------------------------------------------------------x

        AMY L. BELLANTONI, declares pursuant to 28 U.S.C. § 1746 that:

        1.      I am the Principal of The Bellantoni Law Firm, PLLC attorneys for the plaintiff in

the above-captioned matter. I submit this Declaration in support of the plaintiff's motion for

reasonable statutory attorney's fees and costs pursuant to 42 U.S.C. § 1988. I have personal

knowledge of the facts set forth herein based upon a review of the file maintained by my office in

this matter. If called as a witness, I could and would testify competently to the truth of the matters

set forth herein.

        2.      Attached hereto are billing records not reflected in the previously submitted Exhibit

6. The total hours spent on this attorney fee motion is reflected in entries for the dates

encompassing November 1, 2023 through the present date, as reflected in Exhibit 6 and the

annexed billing records.

        I declare the foregoing to be true and accurate under the penalty of perjury.

Dated: February 8, 2024
        Scarsdale, New York                    THE BELLANTONI LAW FIRM, PLLC
                                               *Attorneys for Plaintiff*

                                   By:  _Amy L. Bellantoni_____
                                        Amy L. Bellantoni (AB3061)
                                        2 Overhill Road, Suite 400

Scarsdale, New York 10583
abell@bellantoni-law.com