

# CLIENT STATEMENT

**INVOICE NO.:** 187  
**INVOICE DATE:** FEBRUARY 08, 2024  

**DUE DATE:** FEBRUARY 08, 2024  
**PAYMENT TERMS:** Attorney Fee Motion  

**FROM:** The Bellantoni Law Firm, PLLC  
2 Overhill Road  
Suite 400  
Scarsdale, NY 10583  

**TO:** Taveras v New York City

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-07-23 | Taveras v New York City | Drafted email to counsel re attaching time sheets (redacted for client communications). | 0.10 | $575.00 | $57.50 |
| NOV-20-23 | Taveras v New York City | Continued drafting MOL, drafted TOA, TOC, finalized documents for filing. | 6.00 | $575.00 | $3,450.00 |
| FEB-06-24 | Taveras v New York City | Review of file, review of docket sheet, began drafting reply memorandum in further support of fee motion. | 1.70 | $575.00 | $977.50 |
| FEB-06-24 | Taveras v New York City | Conducted research and analysis of same regarding City's cited cases and other fee awards in SDNY, review of complaint for Avitabile, and Bruen. | 0.90 | $575.00 | $517.50 |
| FEB-08-24 | Taveras v New York City | Drafted Reply brief Point III, review and analysis of cases cited by the City. | 1.10 | $575.00 | $632.50 |
| FEB-08-24 | Taveras v New York City | Final review and editing of Reply Brief for filing. | 1.40 | $575.00 | $805.00 |
| | | Total hours for this statement | 11.20 | | |
| | | Total amount of this statement | | | $6,440.00 |