UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ALAN TAVERAS,   Case No. 20 Civ. 1200 (AS)

                Plaintiff,

      -against-   **JUDGMENT**

NEW YORK CITY, New York,

                Defendant.
--------------------------------------------------------x

      It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Opinion and Order dated February 23, 2024, the Court grants the plaintiff's motion for an award of attorney's fees and costs against the defendant New York City, New York as follows: 125.45 hours at a rate of $450 ($56,452.50), 1.45 hours at a rate of $100 ($145), 6.1 hours at a rate of $225 ($1,372.50), and $2,759.59 in costs for a total of $60,729.59.

Dated: New York, New York
       March 6, 2024

                                                  _____
                                                  Hon. Arun Subramanian
                                                  United States District Judge